# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
WEEMS, KENNETH L.                         §    Case No. 14-80238
WEEMS, CINDY J.                           §
                                          §
                                          §
_____Debtor(s)            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-80238 TML  Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WEEMS, KENNETH L. | Date Filed (f) or Converted (c): | 01/29/14 (f) |
|  | WEEMS, CINDY J. | 341(a) Meeting Date: | 03/03/14 |
| For Period Ending: | 12/18/14 | Claims Bar Date: | 11/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 1104 E. Benton | 120,000.00 | 0.00 |  | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 |  | 0.00 | FA |
| 3. Checking - The National Bank | 35.00 | 0.00 |  | 0.00 | FA |
| 4. Checking - The National Bank | 1,500.00 | 0.00 |  | 0.00 | FA |
| 5. Savings - The National Bank | 5.00 | 0.00 |  | 0.00 | FA |
| 6. Savings - The National Bank | 5.00 | 0.00 |  | 0.00 | FA |
| 7. Household Goods | 2,200.00 | 0.00 |  | 0.00 | FA |
| 8. Video tapes and dvds | 50.00 | 0.00 |  | 0.00 | FA |
| 9. Wearing Apparel | 100.00 | 0.00 |  | 0.00 | FA |
| 10. Jewelry | 100.00 | 0.00 |  | 0.00 | FA |
| 11. Exercise equipment | 500.00 | 0.00 |  | 0.00 | FA |
| 12. Cell phones | 50.00 | 0.00 |  | 0.00 | FA |
| 13. Life insurance | 0.00 | 0.00 |  | 0.00 | FA |
| 14. IRA | 250.00 | 0.00 |  | 0.00 | FA |
| 15. IMRF | Unknown | 0.00 |  | 0.00 | FA |
| 16. Estimate of 2013 tax refund | 5,000.00 | 2,000.00 |  | 2,000.00 | FA |
| 17. Jeep Grand Cherokee | 5,000.00 | 200.00 |  | 0.00 | FA |
| 18. 2010 Ford F350 | 20,000.00 | 0.00 |  | 0.00 | FA |
| 19. 2007 Kenworth semi-tractor | 24,000.00 | 22,277.59 |  | 22,277.59 | FA |
| 20. 2008 Great Dane trailer | 14,000.00 | 0.00 |  | 0.00 | FA |
| 21. Tablet, printer | 200.00 | 0.00 |  | 0.00 | FA |
| 22. Dog | 0.00 | 0.00 |  | 0.00 | FA |
| 23. Hand tools | 100.00 | 100.00 |  | 0.00 | FA |
| 24. Lawn mower | 1,000.00 | 0.00 |  | 0.00 | FA |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-80238 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WEEMS, KENNETH L. | | | Date Filed (f) or Converted (c): | 01/29/14 (f) |
| | WEEMS, CINDY J. | | | 341(a) Meeting Date: | 03/03/14 |
| | | | | Claims Bar Date: | 11/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $194,145.00 | $24,577.59 | | $24,277.59 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.


Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-80238 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WEEMS, KENNETH L. | | Bank Name: | BANK OF KANSAS CITY |
| | WEEMS, CINDY J. | | Account Number / CD #: | *******0200 GENERAL CHECKING |
| Taxpayer ID No: | *******4079 | | | |
| For Period Ending: | 12/18/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 21,035.28 | | 21,035.28 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 24.20 | 21,011.08 |
| 11/21/14 | 19 | GE CAPITAL TRANSPORTATION FINANCE | REFUND: PAYOFF OF VEHICLE LOAN | 1129-000 | 3,205.37 | | 24,216.45 |
| | | 1010 THOMAS EDISON BLVD. SW | | | | | |
| | | CEDAR RAPIDS, IA 52404 | | | | | |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 30.94 | 24,185.51 |

| | | COLUMN TOTALS | 24,240.65 | 55.14 | 24,185.51 |
|---|---|---|---|---|---|
| | Less: | Bank Transfers/CD's | 21,035.28 | 0.00 | |
| | | Subtotal | 3,205.37 | 55.14 | |
| | Less: | Payments to Debtors | | 0.00 | |
| | | Net | 3,205.37 | 55.14 | |

Page Subtotals 24,240.65 55.14

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-80238 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | WEEMS, KENNETH L. | Bank Name: | CONGRESSIONAL BANK |
| | WEEMS, CINDY J. | Account Number / CD #: | *******1141  GENERAL CHECKING |
| Taxpayer ID No: | *******4079 | | |
| For Period Ending: | 12/18/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/14 | 19 | PACCAR FINANCIAL CORP<br>POB 1518<br>BELLEVUE, WA 98009 | SALE PROCEEDS: VEHICLES | 1129-000 | 19,072.22 | | 19,072.22 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 19,055.89 |
| 09/15/14 | 16 | KENNETH AND CHERYL WEEMS<br>1104 E. BENTON STREET<br>MOUNT CARROLL, IL 61053-9601 | | 1124-000 | 2,000.00 | | 21,055.89 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 20.61 | 21,035.28 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 21,035.28 | 0.00 |

|  | COLUMN TOTALS | 21,072.22 | 21,072.22 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 21,035.28 | |
|  | Subtotal | 21,072.22 | 36.94 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 21,072.22 | 36.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| GENERAL CHECKING - ********0200 | 3,205.37 | 55.14 | 24,185.51 |
| GENERAL CHECKING - ********1141 | 21,072.22 | 36.94 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 24,277.59 | 92.08 | 24,185.51 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       21,072.22       21,072.22

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 18, 2014 |
|---|---|---|---|---|---|---|

Case Number:  14-80238  
Debtor Name:  WEEMS, KENNETH L.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $3,177.76 | $3,177.76 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $1,680.00 | $1,680.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $45.03 | $45.03 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $2,482.14 | $2,482.14 |
| 000002<br>080<br>7200-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $18,797.12 | $18,797.12 |
| 000003<br>080<br>7200-00 | Chase Bank USA, N.A.<br>Attn: Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | | $0.00 | $9,942.33 | $9,942.33 |
| | Case Totals: | | | $0.00 | $36,124.38 | $36,124.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-80238
Case Name: WEEMS, KENNETH L.
   WEEMS, CINDY J.
Trustee Name: DANIEL M. DONAHUE

      Balance on hand                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses       $_____

    Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | US BANK N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE