UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
WEEMS, KENNETH L. § Case No. 14-80238
WEEMS, CINDY J. §
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/18/2015 in Courtroom 3100,

     U.S. Courthouse
     327 South Church Street
     Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue_____
                                                                                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
WEEMS, KENNETH L. § Case No. 14-80238
WEEMS, CINDY J. §
 §
_____Debtor(s)_____ §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,277.59 |
| and approved disbursements of | $ | 92.08 |
| leaving a balance on hand of[1] | $ | 24,185.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,177.76 | $ 0.00 | $ 3,177.76 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,680.00 | $ 0.00 | $ 1,680.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 45.03 | $ 0.00 | $ 45.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,902.79 |
| Remaining Balance | | $ | 19,282.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,482.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 2,482.14 | $ 0.00 | $ 2,482.14 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,482.14 |
| | Remaining Balance | | $ | 16,800.58 |

Tardily filed claims of general (unsecured) creditors totaling $ 28,739.45 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 58.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | US BANK N.A. | $ 18,797.12 | $ 0.00 | $ 10,988.47 |
| 000003 | Chase Bank USA, N.A. | $ 9,942.33 | $ 0.00 | $ 5,812.11 |
| | Total to be paid to tardy general unsecured creditors | | $ | 16,800.58 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-80238-TML
Kenneth L. Weems                                                        Chapter 7
Cindy J. Weems
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Jan 28, 2015
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
db/jdb         +Kenneth L. Weems,   Cindy J. Weems,   1104 E. Benton Street,   Mount Carroll, IL 61053-9601
21465396       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,   P.O. Box 982235,   El Paso, TX 79998-2235)
21465399       +Capital One,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
21465398        Capital One,   P.O. Box 80082,   Salinas, CA 93912-0082
22647592       +Chase Bank USA, N.A.,   Attn: Correspondence Dept.,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
22654819       +Chase Bank USA, N.A.,   c/o Kevin C. Driscoll, Jr.,,   Barnes & Thornburg LLP,,
                 1 North Wacker Drive, Suite 4400,,   Chicago, IL 60606-2841
21465400        Chase Card SErvices,   P.O. Box 15298,   Wilmington, DE 19850-5298
21465401       +Darrin Dauphin,   109 Turnbaugh Ave.,   Mount Carroll, IL 61053-1223
21465405       +Equifax,   Attn: Bankruptcy Dept.,   P.O. Box 740241,   Atlanta, GA 30374-0241
21465406       +Experian,   Attn: Bankruptcy Dept.,   P.O. Box 2002,   Allen, TX 75013-2002
21465407       +FHN,   1045 W. Stephenson Street,   Freeport, IL 61032-4864
21465408        GE Transportation Finance,   P.O. Box 3083,   Cedar Rapids, IA 52406-3083
21465409       +Good Samaritan FCU,   P.O. Box 30495,   Tampa, FL 33630-3495
21465411       +Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
21465412       +Transunion,   Attn: Bankruptcy Dept.,   P.O. Box 1000,   Chester, PA 19016-1000
22627657       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21465403         E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2015 00:54:06     Discover,   P.O. Box 30954,
                 Salt Lake City, UT 84130
21465404        +E-mail/Text: bankruptcy@htlf.com Jan 29 2015 00:49:21     Dubuque Bank & Trust,
                 Mortgage Servicer for Hearland Mortgage,   2196 Holliday Drive,   Dubuque, IA 52002-0482
21465410        +E-mail/Text: pfc.bankruptcy.packages@paccar.com Jan 29 2015 00:50:42
                 PACCAR Financial Corporation,   777 106th Ave. NE,   Bellevue, WA 98004-5027
22568858        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2015 00:54:01
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21465397*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,   P.O. Box 982235,   El Paso, TX 79998-2235)
22647708*       Chase Bank USA, N.A.,   Attn: Correspondence Dept.,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
21465402*      +Darrin Dauphin,   109 Turnbaugh Ave.,   Mount Carroll, IL 61053-1223
21465413*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188)
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Jan 28, 2015
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          David J Frankel    on behalf of Creditor    PACCAR Financial Corp. dfrankel@sormanfrankel.com,
           ckauffman@sormanfrankel.com
          Gary C Flanders    on behalf of Debtor Kenneth L. Weems garyflanders@sbcglobal.net
          Gary C Flanders    on behalf of Joint Debtor Cindy J. Weems garyflanders@sbcglobal.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```