UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WEEMS, KENNETH L. § Case No. 14-80238
WEEMS, CINDY J. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Dubuque Bank & Trust Mortgage Servicer for Hearland Mortgage 2196 Holliday Drive Dubuque, IA 52002 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Transportation Finance P.O. Box 3083 Cedar Rapids, IA 52406-3083 | | | | | |
| | PACCAR Financial Corporation 777 106th Ave. NE Bellevue, WA 98004-5001 | | | | | |
| | US Bank P.O. Box 2188 Oshkosh, WI 54903-2188 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| BANK OF KANSAS CITY | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Capital One P.O. Box 30253 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One P.O. Box 80082 Salinas, CA 93912-0082 |  |  |  |  |  |
|  | Darrin Dauphin 109 Turnbaugh Ave. Mount Carroll, IL 61053 |  |  |  |  |  |
|  | Discover P.O. Box 30954 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta, GA 30374 |  |  |  |  |  |
|  | Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen, TX 75013 |  |  |  |  |  |
|  | FHN 1045 W. Stephenson Street Freeport, IL 61032 |  |  |  |  |  |
|  | Good Samaritan FCU P.O. Box 30495 Tampa, FL 33630 |  |  |  |  |  |
|  | Transunion Attn: Bankruptcy Dept. P.O. Box 1000 Chester, PA 19022 |  |  |  |  |  |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-80238 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | WEEMS, KENNETH L. | | | Date Filed (f) or Converted (c): | 01/29/14 (f) |
| | WEEMS, CINDY J. | | | 341(a) Meeting Date: | 03/03/14 |
| For Period Ending: | 03/11/15 | | | Claims Bar Date: | 11/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family residence located at 1104 E. Benton | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking - The National Bank | 35.00 | 0.00 | | 0.00 | FA |
| 4. Checking - The National Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Savings - The National Bank | 5.00 | 0.00 | | 0.00 | FA |
| 6. Savings - The National Bank | 5.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. Video tapes and dvds | 50.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 11. Exercise equipment | 500.00 | 0.00 | | 0.00 | FA |
| 12. Cell phones | 50.00 | 0.00 | | 0.00 | FA |
| 13. Life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14. IRA | 250.00 | 0.00 | | 0.00 | FA |
| 15. IMRF | Unknown | 0.00 | | 0.00 | FA |
| 16. Estimate of 2013 tax refund | 5,000.00 | 2,000.00 | | 2,000.00 | FA |
| 17. Jeep Grand Cherokee | 5,000.00 | 200.00 | | 0.00 | FA |
| 18. 2010 Ford F350 | 20,000.00 | 0.00 | | 0.00 | FA |
| 19. 2007 Kenworth semi-tractor | 24,000.00 | 22,277.59 | | 22,277.59 | FA |
| 20. 2008 Great Dane trailer | 14,000.00 | 0.00 | | 0.00 | FA |
| 21. Tablet, printer | 200.00 | 0.00 | | 0.00 | FA |
| 22. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 23. Hand tools | 100.00 | 100.00 | | 0.00 | FA |
| 24. Lawn mower | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.04

Case 14-80238    Doc 39    Filed 04/10/15    Entered 04/10/15 15:16:42    Desc Main
Document      Page 9 of 12

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-80238 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | WEEMS, KENNETH L. | | | Date Filed (f) or Converted (c): | 01/29/14 (f) |
| | WEEMS, CINDY J. | | | 341(a) Meeting Date: | 03/03/14 |
| | | | | Claims Bar Date: | 11/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $194,145.00 | $24,577.59 | | $24,277.59 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-80238 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WEEMS, KENNETH L. | Bank Name: | BANK OF KANSAS CITY |
|  | WEEMS, CINDY J. | Account Number / CD #: | *******0200  GENERAL CHECKING |
| Taxpayer ID No: | *******4079 |  |  |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/08/14 |  | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 21,035.28 |  | 21,035.28 |
| 10/31/14 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 24.20 | 21,011.08 |
| 11/21/14 | 19 | GE CAPITAL TRANSPORTATION FINANCE 1010 THOMAS EDISON BLVD. SW CEDAR RAPIDS, IA 52404 | REFUND: PAYOFF OF VEHICLE LOAN | 1129-000 | 3,205.37 |  | 24,216.45 |
| 11/28/14 |  | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 |  | 30.94 | 24,185.51 |
| 02/18/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 |  | 3,177.76 | 21,007.75 |
| 02/18/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,680.00 | 19,327.75 |
| 02/18/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 |  | 45.03 | 19,282.72 |
| 02/18/15 | 002004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000001, Payment 100.0% | 7100-000 |  | 2,482.14 | 16,800.58 |
| 02/18/15 | 002005 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000002, Payment 58.5% | 7200-000 |  | 10,988.47 | 5,812.11 |
| 02/18/15 | 002006 | Chase Bank USA, N.A. Attn: Correspondence Dept. P.O. Box 15298 Wilmington, DE 19850-5298 | Claim 000003, Payment 58.5% | 7200-000 |  | 5,812.11 | 0.00 |

Page Subtotals    24,240.65    24,240.65

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-80238 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WEEMS, KENNETH L. | Bank Name: | BANK OF KANSAS CITY |
| | WEEMS, CINDY J. | Account Number / CD #: | *******0200  GENERAL CHECKING |
| Taxpayer ID No: | *******4079 | | |
| For Period Ending: | 03/11/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 24,240.65 | 24,240.65 | 0.00 |
|  |  | Less: Bank Transfers/CD's |  | 21,035.28 | 0.00 |  |
|  |  | Subtotal |  | 3,205.37 | 24,240.65 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 3,205.37 | 24,240.65 |  |

Page Subtotals        0.00        0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-80238 -TML |
| Case Name: | WEEMS, KENNETH L. |
| | WEEMS, CINDY J. |
| Taxpayer ID No: | *******4079 |
| For Period Ending: | 03/11/15 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******1141  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/14 | 19 | PACCAR FINANCIAL CORP<br>POB 1518<br>BELLEVUE, WA 98009 | SALE PROCEEDS: VEHICLES | 1129-000 | 19,072.22 | | 19,072.22 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 19,055.89 |
| 09/15/14 | 16 | KENNETH AND CHERYL WEEMS<br>1104 E. BENTON STREET<br>MOUNT CARROLL, IL  61053-9601 | | 1124-000 | 2,000.00 | | 21,055.89 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 20.61 | 21,035.28 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 21,035.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,072.22 | 21,072.22 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 21,035.28 | |
| Subtotal | 21,072.22 | 36.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,072.22 | 36.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0200 | 3,205.37 | 24,240.65 | 0.00 |
| GENERAL CHECKING - ********1141 | 21,072.22 | 36.94 | 0.00 |
| | 24,277.59 | 24,277.59 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,072.22    21,072.22

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*